103 So.2d 809

**Willie ANDERSON**

v.

**STATE.**

8 Div. 944.

Supreme Court of Alabama.

May 29, 1958.

Rehearing Denied June 19, 1958.

Rogers, Howard & Redden, Birmingham, for petitioner.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Willie Anderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Anderson v. State, 103 So.2d 796.

Writ denied.

SIMPSON, MERRILL and COLEMAN, JJ., concur.

103 So.2d 50

**Henry BULLARD**

v.

**EMERGENCY AID INS. CO.**

4 Div. 919.

Supreme Court of Alabama.

Dec. 19, 1957.

Rehearing Denied June 5, 1958.

C. L. Rowe, Elba, for petitioner.

J. C. Fleming, Elba, opposed.

STAKELY, Justice.

Petition of Henry Bullard for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bullard v. Emergency Aid Ins. Co., 103 So.2d 44.

Writ denied.

LIVINGSTON, C. J., and LAWSON, MERRILL and COLEMAN, JJ., concur.